# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

**GARY DEAN LAGERSTROM**                                               **PLAINTIFF**
Reg. # 37670-079

V.                           NO. 2:08CV00189-SWW-BD

**HIPOLITO MATOS, et al.**                                             **DEFENDANTS**

## ORDER

The Court has received the Recommended Disposition from Magistrate Judge Beth Deere. The parties have not filed objections. After careful review of the Recommended Disposition, as well as a *de novo* review of the record, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Defendants' Motion for Summary Judgment (docket entry #18) is GRANTED. Plaintiff's claims are DISMISSED WITH PREJUDICE.

IT IS SO ORDERED, this 26th day of March, 2009.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE